FILED:  September 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4123

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

ANTONIO SIMMONS, a/k/a Murdock, a/k/a Doc,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed September 20, 2024, as follows:

On the first and last pages, the disposition is changed to "Vacated and remanded."

For the Court

/s/ Nwamaka Anowi, Clerk